| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | CYNTHIA L. STIER (DCBN 423256)<br>Assistant United States Attorney |

**FILED**

May 03 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-4395
Telephone: (415) 436-7000
Email: Cynthia.stier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARY DICKSON,<br><br>　　　　Defendant. | NO. CR 10-0747-MAG<br><br>NOTICE OF DISMISSAL AND [PROPOSED]<br>ORDER OF DISMISSAL |

　　　　The United States Attorney for the Northern District of California, respectfully requests leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Information in the above referenced case against Gary Dickson and moves that the Court quash the arrest warrant issued on October 12, 2010, in connection with the Information.

DATED: May 3, 2022

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　*Thomas A. Colthurst*
　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　THOMAS A. COLTHURST
　　　　　　　　　　　　　　　　　　　　　Chief, Criminal Division

[~~PROPOSED~~] ORDER OF DISMISSAL

Leave is granted to the government to dismiss the Information against Gary Dickson. It is further ordered that the arrest warrant issued in connection with the Information in this case is quashed.

Date: May 3, 2022

Joseph C. Spero
United States Magistrate Judge